Attachment for Contempt CO-528 (Rev. - DC 4/00)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COPY

In Re:  Annette Bigesby

Misc. No.  06-530 (ESH)

## ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

**You are hereby commanded to arrest** _Annette Bigesby_ whose address is (Home) 11018 Spring Lake Drive, Mitchellville, Md.; (Work) De'Anja's Hair Gallery 1116 H Street NE, Wash, DC 20002 and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

[✓] willfully failed to appear after having been served with a subpoena

OR

[ ] willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

[ ] You are further commanded to detain _____ in your custody until he/she is discharged by the Court.

OR

[✓] You are hereby commanded to bring said person forthwith to Courtroom __14__, United States District Court for the District of Columbia.

Upon order of the Honorable _Judge Ellen Segal Huvelle_, United States District Judge this _29_ day of _November_, _2006_.

NANCY MAYER-WHITTINGTON, Clerk
By: _[signature]_
Deputy Clerk

---

**RETURN***
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _____, 20_____ and executed same.

By: _____