Attachment for Contempt CO-528 (Rev. - DC 4/00)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re:  Annette Bigesby

Misc. No.  06-530 (ESH)

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

You are hereby commanded to arrest ___Annette Bigesby___ whose address is _(Home)11018 Spring Lake Drive, Mitchellville, Md.;  (Work) De'Anja's Hair Gallery 1116 H Street NE, Wash., DC 20002_ and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

[✓] willfully failed to appear after having been served with a subpoena

OR

[ ] willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

[ ] You are further commanded to detain _____ in your custody until he/she is discharged by the Court.

OR

[✓] You are hereby commanded to bring said person forthwith to Courtroom __14__, United States District Court for the District of Columbia.

Upon order of the Honorable ___Judge Ellen Segal Huvelle___, United States District Judge this _29_ day of _November_ 2006

NANCY MAYER-WHITTINGTON, Clerk
By: _Gwendolyn Franklin_
    Deputy Clerk

---

**RETURN**
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _____, 20 _____ and executed same.

By: _____